**Order entered March 2, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01438-CR
No. 05-19-01439-CR
No. 05-19-01440-CR

**ALEX CARCAMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-33424-V, F18-33521-V & F18-33524-V**

### ORDER

The reporter's record was due January 17, 2020. By postcard dated January 21, 2020, we notified court reporter Peri Wood that it was past due and directed her to file the reporter's record by February 20, 2020. To date, the reporter's record has not been filed and we have had no communication from Ms. Wood.

We **ORDER** court reporter Peri Wood to file the complete reporter's record in these appeals within **TWENTY DAYS** of the date of this order. We caution Ms.

Wood that the failure to file the reporter's record by that date may result in the Court taking whatever remedies it has available to ensure that the record is filed and the appeals proceed in a timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter, 292nd Judicial District Court; and counsel for all parties.


/s/    CORY L. CARLYLE
       JUSTICE